[pic]

 COURT OF APPEALS
 TENTH DISTRICT OF TEXAS

 August 27, 2015

 No. 10-14-00053-CR

 Wesley Theodore Burns
 v.
 The State of Texas

 From the 361st District Court
 Brazos County, Texas
 Trial Court No. 11-02209-CRF-361

 JUDGMENT

 This Court has reviewed the briefs of the parties and the record as
relevant to the issues raised in this proceeding and finds that no
reversible error is presented. Accordingly, the trial court’s judgment
signed on October 7, 2013 is affirmed.
 A copy of this judgment will be certified by the Clerk of this Court
and delivered to the trial court clerk for enforcement.

 PER CURIAM

 SHARRI ROESSLER, CLERK

 By: ___________________________
 Nell Hegefeld, Deputy Clerk